1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RICHARD JOSE DUPREE, JR.,                    No.  2:21-CV-0106-DMC-P

12              Plaintiff,

13         v.                                        <u>ORDER</u>

14    E. MORENO, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18    U.S.C. § 1983. The alleged civil rights violations took place at California State Prison, Corcoran

19    in King's County, California, which is within the boundaries of the Fresno division of the United

20    States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(b). Under Local

21    Rule 120 a civil action which has not been commenced in the proper division of the Court may,

22    on the Court's own motion, be transferred to the proper division. L.R. 120(d). Because the

23    Sacramento division of this Court is not the proper division, this action will be transferred to the

24    Fresno division.

25    ///

26    ///

27    ///

28    ///

                                         1

1          Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

2    United States District Court for the Eastern District of California sitting in Fresno.

3

4    Dated:  January 22, 2021

5                             DENNIS M. COTA

6                             UNITED STATES MAGISTRATE JUDGE