UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSE DUPREE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>E. MORENO, et al.,<br><br>Defendants. | No. 1:21-cv-00100-DAD-SAB (PC)<br><br>ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>(Doc. No. 8) |

Plaintiff Richard Jose Dupree, Jr. is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 25, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) be denied because plaintiff had suffered three or more prior strike dismissals and that he be ordered to pay the required $402.00 filing fee in order to proceed with this action. (Doc. No. 7.) On February 24, 2021, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the $402.00 filing fee in full within twenty-one (21) days. (Doc. No. 8.) Plaintiff was cautioned that failure to

/////

1

1 comply with that order and pay the required filing fee within the specified time would result in
2 dismissal of this action. (*Id*. at 2.)
3    To date, plaintiff has not paid the required filing fee and the deadline in which to do so has
4 now passed.
5    Accordingly,
6    1.  This action is dismissed without prejudice due to plaintiff's failure to pay the
7        required filing fee; and
8    2.  The Clerk of the Court is directed to close this case.
9 IT IS SO ORDERED.
10   Dated:   **April 12, 2021**                                 /s/ Dale A. Drozd
11                                                        UNITED STATES DISTRICT JUDGE